# DANNY GRACE PLLC
### ATTORNEYS AND COUNSELORS AT LAW

Writer's email: danny@dannygracepc.com
Writer Admitted in: New York, United States Court of Appeals for the Second Circuit

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212-202-2485
718-732-2821 FAX

United States Court of Appeals for the Second Circuit
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Perez Perez, et al. v. Escobar Construction, et al.* (Appeal. No. 23-1240)

Dear Judicial Council of the Second Circuit:

We represent all Appellees in the above-referenced matter. The purpose of this letter is to withdraw an argument made in Appellees' brief.

Specifically on Page 9 and 10 of Appellees' Brief, the undersigned argues that:

Finally, the District Court's Order should be affirmed because of the numerous, sanctionable deficiencies in Appellants' brief and the multiple violations of Federal Rule of Appellate Procedure ("FRAP") 28. Specifically, the Brief does not contain a factual statement, a jurisdictional statement, and a summary of arguments as required by law. Further, a substantial portion of the arguments feature factual statements without any citation to legal authority. Neither the District Court nor this Court is obliged to correct Appellants' deficiencies.

Additionally, the undersigned proffered Argument I. beginning on Page 11 and ending on Page 12 of Appellees' Brief.

The undersigned wishes to withdraw this argument *ab initio* as this was a drafting error that remained in a final version filed with the Court. Under no circumstances was the undersigned, my firm, or Appellees seeking to mislead the Court in this regard, and our error was highlighted and withdrawn as soon as it was raised during oral argument.

The undersigned apologizes unreservedly to both the Court and opposing counsel for this oversight and trusts that this argument is now unequivocally withdrawn.

Dated: June 28, 2024

Respectfully,

_____
Daniel Grace, Esq.
Danny Grace PLLC

225 Broadway, Suite 1200
New York, NY 10007
(212) 202-2485
*Attorneys for Appellees*

2